UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. BELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | No. 2:18-CV-02930-KJM-DMC<br><br><br>ORDER |

　　The parties having stipulated and good cause appearing, IT IS ORDERED THAT:

　　　The discovery cutoff date be continued to **February 14, 2020**

　　　The expert designation date be continued to **February 28, 2020**

　　　The supplemental expert designation date be continued to **March 13, 2020**

　　　The expert discovery cutoff date be continued to **April 24, 2020**

　　　The date to have dispositive motions heard be continued to **June 26, 2020**

　　　IT IS SO ORDERED

DATED: December 4, 2019.

_____
UNITED STATES DISTRICT JUDGE