**Gregory L. Spallas, SBN 129306**
PHILLIPS, SPALLAS & ANGSTADT LLP
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Tel:   (415) 278-9400
Fax:   (415) 278-9411
gspallas@psalaw.net
khall@psalaw.net

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

**James C. Ashworth, SBN 151272**
The Ashworth Law Office
920 Court Street, No. 98
Woodland, CA 95776
Tel:   (530) 574-1130
Fax:   (530) 564-4987
jim@TheAshworthLawOffice.com

Attorney for Plaintiff
RONALD L. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| RONALD L. BELL, <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART ASSOCIATES, INC., a Delaware Corporation and DOES 1 through 25, inclusive. <br><br> Defendants. | Case No. 2:18-CV-02930-KJM-DMC <br><br> **STIPULATION AND ORDER RE EXTENSION OF DISCOVERY CUTOFF** <br><br><br> **U.S. District Judge Kimberly J. Mueller Courtroom 3** |

Plaintiff RONALD L. BELL and Defendant WAL-MART ASSOCIATES, INC. hereby submit the following Stipulation and Proposed Orders to extend the discovery and motion cutoff dates:

WHEREAS, pursuant to the court's Order, the current discovery cutoff date in this is matter is scheduled for February 14, 2020 (see court document No. 18 at 1:20);

WHEREAS, there is currently no trial date on calendar;

WHEREAS, the parties have scheduled a mediation of this matter to occur on February 24, 2020;

WHEREAS, Plaintiff intended to, and requested, to take the depositions of three of Defendant WAL-MART'S employees on February 5, 2020 and Walmart had agreed to produce the three employees on that date for deposition;

WHEREAS, Plaintiff's counsel fell very ill in early February 2020 making it impossible for him to take the three depositions of the Walmart employees;

WHEREAS, due to scheduling complications based on the unavailability of the witnesses and counsel, the next available date for the three depositions to occur is February 27, 2020, at which time Walmart has agreed to produce the three employees for depositions in Chico, CA;

WHEREAS, the parties request a continuance of the discovery cutoff date from February 14, 2020 to February 28, 2020;

WHEREAS, the continuance of the discovery cutoff requires continuing the expert designation to March 20, the supplemental designation to April 3, 2020, the expert discovery cutoff to May 8, 2020, and the final day to have dispositive motions heard to July 31, 2020; and

WHEREAS, the parties do not believe that the continuance of the discovery cutoff date will affect any other dates ordered by the court.

//
//
//
//

| | | |
|---|---|---|
| Date: February 17, 2020 | | **PHILLIPS, SPALLAS & ANGSTADT LLP** |

By:     /s/ *Gregory L. Spallas*
       Gregory L. Spallas
       Attorneys for Defendant
       WAL-MART ASSOCIATES, INC.

Date: February 17, 2020        **THE ASHWORTH LAW OFFICE**

By:     /s/ *James C. Ashworth*
       James C. Ashworth
       Attorney for Plaintiff
       RONALD L. BELL

## **ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED THAT:

    The discovery cutoff date be continued to **February 28 2020.**

    The expert designation date be continued to **March 20, 2020.**

    The supplemental expert designation date be continued to **April 3, 2020.**

    The expert discovery cutoff date be continued to **May 8, 2020.**

    The date to have dispositive motions heard be continued to **July 24, 2020.**

    IT IS SO ORDERED

Dated: February 19, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE