**Gregory L. Spallas, SBN 129306**
PHILLIPS, SPALLAS & ANGSTADT LLP
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Tel:  (415) 278-9400
Fax:  (415) 278-9411
gspallas@psalaw.net

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

**James C. Ashworth, SBN 151272**
The Ashworth Law Office
920 Court Street, No. 98
Woodland, CA 95776
Tel:  (530) 574-1130
Fax:  (530) 564-4987
jim@TheAshworthLawOffice.com

Attorney for Plaintiff
RONALD L. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| RONALD L. BELL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation and DOES 1 through 25, inclusive.<br><br>　　　　　Defendants. | Case No. 2:18-CV-02930-KJM-DMC<br><br>**STIPULATION AND ORDER RE EXTENSION OF ALL PENDING DEADLINES**<br><br><br>**U.S. District Judge Kimberly J. Mueller<br>Courtroom 3** |

Plaintiff RONALD L. BELL and Defendant WAL-MART ASSOCIATES, INC. hereby submit the following Stipulation and Proposed Order to extend all deadlines in this matter:

WHEREAS, there is currently no trial date on calendar;

WHEREAS, the parties engaged in an unsuccessful mediation of this matter on February 24, 2020;

WHEREAS, the Parties' and counsels' ability to litigate this matter has been complicated due to the effects of the Covid-19 virus and the related local, state and federal response to same, including Shelter in Place Orders;

WHEREAS, the parties request an extension of all pending litigation deadlines as set forth below;

WHEREAS, the parties propose continuing the following pending deadlines by 45 days as set forth below:

- expert designation from March 20, 2020 to May 4, 2020
- supplemental designation from April 3, 2020 to May 18, 2020
- expert discovery cutoff from May 8, 2020 to June 22, 2020
- final day to have dispositive motions heard from July 31, 2020 to September 14, 2020

WHEREAS, the parties do not believe that the continuance of the discovery cutoff date will affect any other dates ordered by the court as there is currently no trial date set.

Date: March ___, 2020  **PHILLIPS, SPALLAS & ANGSTADT LLP**

By: _____/s/_____
Gregory L. Spallas
Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

Date: March ___, 2020          **THE ASHWORTH LAW OFFICE**

By: _____/s/_____
James C. Ashworth
Attorney for Plaintiff
RONALD L. BELL

---

## **ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED THAT:

The expert designation date be continued to **May 4, 2020.**

The supplemental expert designation date be continued to **May 18, 2020.**

The expert discovery cutoff date be continued to **June 22, 2020.**

The date to have dispositive motions heard be continued to **September 25, 2020.**

IT IS SO ORDERED.

DATED:  March 30, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE