**Gregory L. Spallas, SBN 129306**
PHILLIPS, SPALLAS & ANGSTADT LLP
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Tel:    (415) 278-9400
Fax:    (415) 278-9411
gspallas@psalaw.net

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

**James C. Ashworth, SBN 151272**
The Ashworth Law Office
920 Court Street, No. 98
Woodland, CA 95776
Tel:    (530) 574-1130
Fax:    (530) 564-4987
jim@TheAshworthLawOffice.com

Attorney for Plaintiff
RONALD L. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| RONALD L. BELL,<br><br>            Plaintiff,<br><br>    vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation and DOES 1 through 25, inclusive.<br><br>            Defendants. | Case No. 2:18-CV-02930-KJM-DMC<br><br>**STIPULATION AND ORDER RE EXTENSION OF DATE FOR EXPERT EXCHANGE**<br><br>**U.S. District Judge Kimberly J. Mueller**<br>**Courtroom 3** |

Plaintiff RONALD L. BELL and Defendant WAL-MART ASSOCIATES, INC. hereby submit the following Stipulation and Proposed Orders to extend the date for expert exchange:

WHEREAS, there is currently no trial date on calendar;

WHEREAS, Plaintiff's ability to obtain a report from his transportation expert has been complicated due to the effects of the Covid-19 virus and the related local, state and federal response to same, including Shelter in Place Orders;

WHEREAS, the parties request an extension of the date to exchange expert witness information by eleven (11) days;

WHEREAS, the parties propose continuing the following expert disclosure deadlines by as set forth below:

- expert designation from May 4, 2020 to May 15, 2020; and
- supplemental designation from May 18, 2020 to May 29, 2020

WHEREAS, the parties do not believe that the continuance of the discovery cutoff date will affect any other dates ordered by the court as there is currently no trial date set.

Date: May 4, 2020          **PHILLIPS, SPALLAS & ANGSTADT LLP**

By:   /s/ *Gregory L. Spallas*
      Gregory L. Spallas
      Attorneys for Defendant
      WAL-MART ASSOCIATES, INC.

Date: May 4, 2020          **THE ASHWORTH LAW OFFICE**

By:   /s/ *James C. Ashworth*
      James C. Ashworth
      Attorney for Plaintiff
      RONALD L. BELL

Stipulation and [Proposed] Order re Extension of Date for Expert Exchange
Case No. 2:18-CV-02930-KJM-DMC

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED THAT:

    The expert designation date be continued to **May 15, 2020**

    The supplemental expert designation date be continued to **May 29, 2020**

    IT IS SO ORDERED

Dated:  May 8, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE